**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

AVA MARIE YOUNG                                  CASE NO.  6:24-CV-01606

VERSUS                                           JUDGE ROBERT R. SUMMERHAYS

COMMISSIONER OF SOCIAL SECURITY                  MAGISTRATE JUDGE DAVID J. AYO

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, noting the absence of any objection, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that, consistent with the Report and Recommendation, the Commissioner's decision should be REVERSED and REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to evaluate claimant's subjective complaints regarding symptoms of her back pain in order to permit meaningful review.

THUS DONE in Chambers on this ___15th___ day of April, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).